UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Robert Ratliff,<br><br>     Plaintiff,<br>v.<br><br>NCO Financial Systems, Inc.,<br><br>     Defendant. | Civil Action No.: 1:11-cv-01005-SS |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 7, 2012

              Respectfully submitted,

              By:  /s/ Sergei Lemberg

              Sergei Lemberg, *Attorney-in-Charge*
              Connecticut Bar No. 425027
              LEMBERG & ASSOCIATES L.L.C.
              1100 Summer Street, 3rd Floor
              Stamford, CT 06905
              Telephone: (203) 653-2250
              Facsimile: (203) 653-3424
              E-mail: slemberg@lemberglaw.com
              Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 7, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By  /s/ Sergei Lemberg

                                          Sergei Lemberg