UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

_____

Robert Ratliff,

                  Plaintiff,

v.

NCO Financial Systems, Inc.,

                  Defendant.
_____

Civil Action No.: 1:11-cv-01005-SS

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against NCO Financial Systems, Inc. with prejudice and without costs to any party.

| Robert Ratliff | NCO Financial Systems, Inc. |
|---|---|
|   /s/ Sergei Lemberg |   /s/ Whitney L. White |
| Sergei Lemberg, Esq. | Whitney L. White, Esq. |
| LEMBERG & ASSOCIATES L.L.C. | Sessions, Fishman, Nathan & Israel, LLC |
| 1100 Summer Street, 3rd Floor | 900 Jackson Street, Suite 440 |
| Stamford, CT 06905 | Dallas, TX 75202 |
| Telephone: (203) 653-2250 | (214) 741-3008 |
| Facsimile: (203) 653-3424 | Fax: (214) 741-3005 |
| Attorney for Plaintiff | Attorney for Defendant |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 8, 2012, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                             By /s/ Sergei Lemberg
                                                    Sergei Lemberg