IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2012 JUN 11  PM 1:46
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
   DEPUTY

ROBERT RATLIFF,
        Plaintiff,

-vs-                                     Case No. A-11-CA-1005-SS

NCO FINANCIAL SYSTEMS, INC.,
        Defendant.

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Dismissal [#15] filed by the parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

    IT IS ORDERED that the Stipulation of Dismissal [#15] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice

    IT IS FINALLY ORDERED that all costs are adjudged against the party incurring same.

SIGNED this the 11th day of June 2012.

                                                     Sam Sparks
                                        UNITED STATES DISTRICT JUDGE